1
2
3
4
5
6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. CR04-1203-RSWL |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER OF DETENTION AFTER HEARING [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. 3143(a)] |
| Wilson Chanaguay Pineda | ) | |
| Defendant. | ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _CD Cal_ for alleged violation(s) of the terms and conditions of his/~~her~~ [~~probation~~] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (✓) The defendant has not met his/~~her~~ burden of establishing by clear and convincing evidence that he/~~she~~ is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _nature of charges; no stable residence; no adequate bail resources_

and/~~or~~

B. (✓) The defendant has not met his/~~her~~ burden of establishing by clear and convincing evidence that he/~~she~~ is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: _Criminal history_

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 3/17/08

*/s/ Ralph Zarefsky*
RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE